# CSM Legal, P.C.
Employment and Litigation Attorneys

60 East 42nd Street, Suite 2020　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
New York, New York 10165　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620

clela@csm-legal.com

August 10, 2022

**By ECF**

Hon. Cheryl L. Pollak
United States District Judge
United States Courthouse
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　Re:　　Carmona Hernandez et al. v. Elite BK Inc. et al.

Dear Judge Pollak:

　　This office represents Plaintiff in the above referenced matter. We write with the consent of the Defendants to respectfully request an extension of time in which to file the parties' motion under *Cheeks v. Freeport Pancake House Inc.,* 796, F.3d 199 (2d Cir. 2015). The current deadline is August 10, 2022. We are requesting that this deadline be extended for one week until August 17, 2022. This is the second request of its kind and will not affect any future deadlines.

　　The reason for this request is that while the parties have finalized the form of the settlement agreement as of August 8, 2022 after significant edits, this office requires additional time in which to meet with each of the seven plaintiffs in order to review the agreement with them and have them sign.

　　We thank your Honor for your attention to this matter.

　　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　By:　/s/ Clela Errington
　　　　　　　　　　　　　　　　　　　　Clela A. Errington, Esq.
　　　　　　　　　　　　　　　　　　　　60 East 42nd Street, Suite 4510
　　　　　　　　　　　　　　　　　　　　New York, New York 10165
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 317-1200
　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 317-1620
　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*